JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF IRENE JARAMILLO; ISABEL JARAMILLO, individually and as successor interest to IRENE JARAMILLO; JULIAN RAMOS JR. individually and as successor in interest to IRENE JARAMILLO; ROBERT RAMOS, individually and as successor in interest to IRENE JARAMILLO; ESTATE OF AARON MCDONALD; BARBARA MCDONALD, individually and as successor in interest to AARON MCDONALD; PAUL MCDONALD individually and as successor n interest to AARON MCDONALD, <br><br>                          Plaintiffs, <br><br> vs. <br><br> RIALTO POLICE DEPARTMENT, a public entity; CITY OF RIALTO, a public entity; DANIEL SMITH, an individual; STEVEN WRIGHT, an individual; and DOES 1-10, inclusive, <br><br>                          Defendants. | Case 5:24-cv-0687-JGB-SP <br><br> *Honorable Jesus G. Bernal* <br><br> **JUDGMENT** |

**JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants Rialto Police Department, City of Rialto, Daniel Smith, and Steven Wright's

1  (collectively, "Defendants") Motion for Summary Judgment, and good cause
2  appearing, **IT IS HEREBY ORDERED**:

3     1. Defendants' Motion for Summary Judgment is **GRANTED**.
4     2. Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE** as
5        against all Defendants.
6     3. Judgment is **ENTERED** in favor of Defendants and against Plaintiffs.

8     **IT IS SO ORDERED.**

10  Dated: October 3, 2025

                                                      Honorable Jesus G. Bernal
                                                      United States District Judge